IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee Curtis-Carey a/k/a Renee Curtis<br>    Debtor, <br><br>PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2<br>    Movant.<br>v.<br><br>Renee Curtis-Carey a/k/a Renee Curtis<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-17392-amc<br><br>CHAPTER 13 |

**RESPONSE OF PHH MORTGAGE CORPORATION AS SERVICER FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2003-NC2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2003-NC2 TO DEBTOR'S MOTION TO HOLD PHH MORTGAGE CORPORATION IN CONTEMPT OF COURT**

    PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2, by and through its counsel, LOGS Legal Group LLP, hereby responds to Debtor's Motion to Hold PHH Mortgage Corporation in Contempt of Court, and in support thereof, avers as follows:

    1.    Admitted.

    2.    Admitted.

    3.    Admitted.

    4.    Admitted.

    5.    No response required; the document speaks for itself.

    6.    Admitted.

    7.    Admitted.

8. Admitted.

9. Denied. It is denied that the sending of the statement with the error was willful, but instead, erroneous.

10. Admitted.

11. Admitted.

12. It is denied that the error was willful.

13. It is admitted the Court has such power.  By way of further response, counsel for Movant  is pending settlement authority from her client  to address the attorneys fees incurred by the Debtor in this matter.

WHEREFORE, PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 respectfully requests that confirmation of the Debtor's Motion to Hold PHH Mortgage Corporation in Contempt of Court be dismissed/denied insofar as finding willful violation and contempt.

Respectfully submitted,

/s Kristen D. Little
_____
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee Curtis-Carey a/k/a Renee Curtis<br>    Debtor,<br><br>PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2<br>    Movant.<br>v.<br><br>Renee Curtis-Carey a/k/a Renee Curtis<br>    Debtor/Respondent,<br><br>Scott Waterman, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>16-17392-amc<br><br>CHAPTER 13 |

## **CERTIFICATE OF SERVICE**

      I, Kristen D. Little an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of the foregoing by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this January 21, 2022:

Renee Curtis-Carey a/k/a Renee Curtis
7827 Temple Road
Philadelphia, PA 19150

Alfonso G. Madrid, Esquire, Community Legal Services of Philadelphia
North Philadelphia Law Center
1410 W. Erie Avenue
Philadelphia, PA 19140
amadrid@clsphila.org - VIA ECF

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606
ecfmail@reeadingch13.com - VIA ECF

I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

/s/ Kristen D. Little

Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com