IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| RENEE CURTIS-CAREY a/k/a RENEE CURTIS | : | CASE NO: 16-17392AMC |
| | : | |
| Debtor | : | |
| _____ | : | |

# **ORDER**

AND NOW, upon consideration of the Debtor's Motion to Hold PHH Mortgage Corporation, as mortgage servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("PHH"), in contempt of this Court's Orders dated November 17, 2021 and March 8, 2022 (the "Orders"), after notice and hearing;

IT IS ORDERED that the Motion is GRANTED. The Court finds PHH in contempt of the Orders.

IT IS FURTHER ORDERED that:

(1) On or before May 15, 2022 PHH shall remit to Debtor the sum of sum of $_____;

(2) For every additional day that PHH fails to comply with the deadlines established in the Court's March 8, 2022 Order, PHH shall tender an additional $100 to the Debtor.

(3) On or before May 15, 2022, PHH shall remit to Debtor's counsel, Community Legal Services of Philadelphia ("CLS"), by wire transfer, the amount of _____ in attorney fees;

_____
Ashely M. Chan
United States Bankruptcy Judge

1