IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| RENEE CURTIS-CAREY a/k/a RENEE CURTIS | : | CASE NO: 16-17392AMC |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Second Motion to Hold PHH Mortgage Corporation, as mortgage servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("PHH"), in contempt of this Court's Orders dated November 17, 2021 and March 8, 2022 (the "Orders"), and after notice and hearing;

IT IS ORDERED that the Motion is GRANTED. The Court finds PHH in contempt of the Court's Orders.

IT IS FURTHER ORDERED that:

(1) On or before June 15, 2022, PHH shall remit to Debtor the sum of $_____;

(2) PHH shall schedule a hearing at which it will present evidence indicating that Debtor's mortgage account accurately reflects that she is current on her mortgage payments as of the date of this Order, and that all statements and correspondence issued to Debtor (whether mailed or electronically) reflect this. Until that hearing is held, PHH shall tender a daily penalty of $200 to the Debtor.

(3) Should PHH, after entry of this Order, issue Debtor any statements or correspondence

(whether mailed or electronically) that wrongly asserts Debtor is delinquent or has incurred late fees related to delinquency, a penalty of $10,000 shall be imposed upon PHH for each occurrence.

(4) On or before June 15, 2022, PHH shall remit to Debtor's counsel, Community Legal Services of Philadelphia ("CLS"), by wire transfer, the amount of _____ in attorney fees.

 

_____
Ashely M. Chan
United States Bankruptcy Judge