IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| RENEE CURTIS-CAREY a/k/a RENEE CURTIS | : | CASE NO: 16-17392AMC |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Second Motion to Hold PHH Mortgage Corporation, as mortgage servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2 ("PHH"), in contempt of this Court's Orders dated November 17, 2021 and March 8, 2022 (the "Orders"), and after notice and hearing;

IT IS ORDERED that the Motion is GRANTED. The Court finds PHH in contempt of the Court's Orders.

IT IS FURTHER ORDERED that:

(1) On or before June 15, 2022, PHH shall remit to Debtor the sum of $8,000.00;

(2) PHH shall schedule a hearing at which it will present evidence indicating that Debtor's mortgage account accurately reflects that she is current on her mortgage payments as of the date of this Order, and that all statements and correspondence issued to Debtor (whether mailed or electronically) reflect this. Until that hearing is held, PHH shall tender a daily penalty of $200 to the Debtor.

(3) On or before June 15, 2022, PHH shall remit to Debtor's counsel, Community Legal

1

Services of Philadelphia ("CLS"), by wire transfer, the amount of $8,113.00 in attorney fees, representing 12.2 hours spent on the Second Motion at the hourly rate of $665, per the fee schedule of Community Legal Services.

**Date: May 25, 2022**

Ashely M. Chan
United States Bankruptcy Judge