IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Renee Curtis-Carey a/k/a Renee Curtis<br>　　　Debtor,<br><br>PHH Mortgage Corporation as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley Dean Witter Capital I Inc. Trust 2003-NC2, Mortgage Pass-Through Certificates, Series 2003-NC2<br>　　　Movant.<br>v.<br><br>Renee Curtis-Carey a/k/a Renee Curtis<br>　　　Debtor/Respondent, | BANKRUPTCY CASE NO.<br>16-17392-amc<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

### STIPULATION AS TO DEBTOR'S SECOND MOTION FOR CONTEMPT AGAINST PHH MORTGAGE (DOCUMENT No. 87) AND THE COURT'S MAY 25, 2022 ORDER (DOCUMENT No. 95)

AND NOW, in consideration of the mutual promises and agreements set forth below, and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, it is hereby stipulated and agreed to by and between the undersigned as follows:

1.　　This agreement incorporates the first Contempt Motion (Document No. 80, the "First Contempt Motion"), the second Contempt Motion (Document No. 87, the "Second Contempt Motion") and previous Court Orders entered on November 20, 2016 (Document No. 13), November 17, 2021 (Document No. 76), and May 25, 2022 (Document No. 95).

2.　　The parties agree that the Contempt Order entered May 25, 2022 (Document No. 95) has been satisfied by payments from PHH Mortgage pursuant to such Order; PHH has paid Debtor's Attorney fees of $8,113.00 and has paid Debtor $8,000.00.

3. The parties agree this Stipulation fully resolves all issues and controversies asserted in the First Contempt Motion and the Second Contempt Motion, and fully satisfies any Order resulting from either the First Contempt Motion or the Second Contempt Motion. As such the parties agree that the resolution of all issues and in full compliance with the terms of the Orders obviate the need for any and all further action with respect to said Motion(s) and/or Orders and said Order is of no further effect.

4. Debtor waives the $200 per diem penalty contained in the May 25, 2022 Order.

5. PHH Mortgage shall pay Debtor $10,000.00 within five (5) days of approval of this Stipulation by the Court.

6. The mortgage account is current and due for the August 1, 2022 payment; accordingly, Debtor is not required to make a July 1, 2022 payment.

7. Debtor will continue making regular mortgage payments to PHH Mortgage commencing with the August 1, 2022 payment. Attached to this Stipulation is an accurate amortization schedule reflecting the status of the mortgage account.

The parties hereto respectfully request that this Honorable Court approve this stipulation.

Dated:  6/30/2022                         /s/Christopher A. DeNardo
                                          Christopher A. DeNardo 78447
                                          Lily C. Calkins 327356
                                          Attorney for Movant

Dated:  6/30/2022                         /s/Alfonso G. Madrid
                                          Alfonso G. Madrid, Esquire, Community Legal
                                          Services of Philadelphia
                                          Attorney for Debtor

AND NOW, this _____ day of _____, 2022, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

BY THE COURT:

_____
HONORABLE ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE