| Name: | RENEE CURTIS | | | | | |
|---|---|---|---|---|---|---|
| BK Case Number: | 16-17392 | | | | | |
| Filing Date: | 10/20/16 | | | | | |
| Post First Due: | | | | Completed By: | | |
| Contractual due date | Date Received | Amount Received | Amount Applied | Suspense Application | Suspense Balance | Comments |
| 1/1/2022 | 12/14/2021 | 460.72 | 460.72 | $ - | $ - | |
| | 1/13/2022 | 460.72 | | $ 460.72 | $ 460.72 | |
| 2/1/2022 | | | 460.72 | $ (460.72) | $ - | Reversed from Fees and applied to Payment |
| | 2/11/2022 | 460.72 | | $ 460.72 | $ 460.72 | |
| | 3/11/2022 | 460.72 | | $ 460.72 | $ 921.44 | |
| 3/1/2022 | 3/11/2022 | | 460.72 | $ (460.72) | $ 460.72 | |
| | 3/11/2022 | | | $ - | $ 460.72 | |
| | 4/8/2022 | 460.72 | | $ 460.72 | $ 921.44 | |
| | 4/8/2022 | | | $ - | $ 921.44 | |
| 4/1/2022 | 4/8/2022 | | 460.72 | $ (460.72) | $ 460.72 | |
| | 4/19/2022 | $631.04 | $631.04 | $ - | $ 460.72 | Escrow Waived |
| | | | | $ - | $ 460.72 | |
| 5/1/2022 | 5/6/2022 | 460.72 | 460.72 | $ - | $ 460.72 | |
| 6/1/2022 | 05/17/22 | | 460.72 | $ (460.72) | $ - | |
| | 05/24/22 | $1,614.73 | $1,614.73 | $ - | $ - | Late charges Waived |
| 7/1/2022 | 06/03/22 | $460.72 | $460.72 | $ - | $ - | |

Note: Late charges has been waived on the loan

Account is due for 8/1/22

Loan Calculator
Loan Number:
Mortgagor Name:         CURTIS,RENEE

Amortization Data

| | |
|---|---|
| Calculation Type: | CurrentPandI |
| Principal Balance ($): | 41,195.46 |
| Payment Frequency: | Monthly |
| Loan To Value (%): | 62.7 |
| Interest Rate (%): | 7 |
| Start Date: | 8/1/2022 |
| Maturity Date: | 2/1/2033 |

Amortization Results

| | |
|---|---|
| New P & I ($): | 460.72 |
| Interest Change ($): | 0 |
| Payment Change ($): | 0 |
| New Maturity Date: | 2/1/2033 |
| New Curtailment ($): | 0 |
| LTV Date: | --/--/---- |

| # | Date | Interest ($) | Principal ($) | Balance ($) |
|---|---|---|---|---|
| 1 | 8/1/2022 | 240.31 | 220.41 | 40,975.05 |
| 2 | 9/1/2022 | 239.02 | 221.7 | 40,753.35 |
| 3 | 10/1/2022 | 237.73 | 222.99 | 40,530.36 |
| 4 | 11/1/2022 | 236.43 | 224.29 | 40,306.07 |
| 5 | 12/1/2022 | 235.12 | 225.6 | 40,080.47 |
| 6 | 1/1/2023 | 233.8 | 226.92 | 39,853.55 |
| 7 | 2/1/2023 | 232.48 | 228.24 | 39,625.31 |
| 8 | 3/1/2023 | 231.15 | 229.57 | 39,395.74 |
| 9 | 4/1/2023 | 229.81 | 230.91 | 39,164.83 |
| 10 | 5/1/2023 | 228.46 | 232.26 | 38,932.57 |
| 11 | 6/1/2023 | 227.11 | 233.61 | 38,698.96 |
| 12 | 7/1/2023 | 225.74 | 234.98 | 38,463.98 |
| 13 | 8/1/2023 | 224.37 | 236.35 | 38,227.63 |
| 14 | 9/1/2023 | 222.99 | 237.73 | 37,989.90 |
| 15 | 10/1/2023 | 221.61 | 239.11 | 37,750.79 |
| 16 | 11/1/2023 | 220.21 | 240.51 | 37,510.28 |
| 17 | 12/1/2023 | 218.81 | 241.91 | 37,268.37 |
| 18 | 1/1/2024 | 217.4 | 243.32 | 37,025.05 |
| 19 | 2/1/2024 | 215.98 | 244.74 | 36,780.31 |
| 20 | 3/1/2024 | 214.55 | 246.17 | 36,534.14 |
| 21 | 4/1/2024 | 213.12 | 247.6 | 36,286.54 |
| 22 | 5/1/2024 | 211.67 | 249.05 | 36,037.49 |

| # | Date | | | |
|---|------|------|------|------|
| 23 | 6/1/2024 | 210.22 | 250.5 | 35,786.99 |
| 24 | 7/1/2024 | 208.76 | 251.96 | 35,535.03 |
| 25 | 8/1/2024 | 207.29 | 253.43 | 35,281.60 |
| 26 | 9/1/2024 | 205.81 | 254.91 | 35,026.69 |
| 27 | 10/1/2024 | 204.32 | 256.4 | 34,770.29 |
| 28 | 11/1/2024 | 202.83 | 257.89 | 34,512.40 |
| 29 | 12/1/2024 | 201.32 | 259.4 | 34,253.00 |
| 30 | 1/1/2025 | 199.81 | 260.91 | 33,992.09 |
| 31 | 2/1/2025 | 198.29 | 262.43 | 33,729.66 |
| 32 | 3/1/2025 | 196.76 | 263.96 | 33,465.70 |
| 33 | 4/1/2025 | 195.22 | 265.5 | 33,200.20 |
| 34 | 5/1/2025 | 193.67 | 267.05 | 32,933.15 |
| 35 | 6/1/2025 | 192.11 | 268.61 | 32,664.54 |
| 36 | 7/1/2025 | 190.54 | 270.18 | 32,394.36 |
| 37 | 8/1/2025 | 188.97 | 271.75 | 32,122.61 |
| 38 | 9/1/2025 | 187.38 | 273.34 | 31,849.27 |
| 39 | 10/1/2025 | 185.79 | 274.93 | 31,574.34 |
| 40 | 11/1/2025 | 184.18 | 276.54 | 31,297.80 |
| 41 | 12/1/2025 | 182.57 | 278.15 | 31,019.65 |
| 42 | 1/1/2026 | 180.95 | 279.77 | 30,739.88 |
| 43 | 2/1/2026 | 179.32 | 281.4 | 30,458.48 |
| 44 | 3/1/2026 | 177.67 | 283.05 | 30,175.43 |
| 45 | 4/1/2026 | 176.02 | 284.7 | 29,890.73 |
| 46 | 5/1/2026 | 174.36 | 286.36 | 29,604.37 |
| 47 | 6/1/2026 | 172.69 | 288.03 | 29,316.34 |
| 48 | 7/1/2026 | 171.01 | 289.71 | 29,026.63 |
| 49 | 8/1/2026 | 169.32 | 291.4 | 28,735.23 |
| 50 | 9/1/2026 | 167.62 | 293.1 | 28,442.13 |
| 51 | 10/1/2026 | 165.91 | 294.81 | 28,147.32 |
| 52 | 11/1/2026 | 164.19 | 296.53 | 27,850.79 |
| 53 | 12/1/2026 | 162.46 | 298.26 | 27,552.53 |
| 54 | 1/1/2027 | 160.72 | 300 | 27,252.53 |
| 55 | 2/1/2027 | 158.97 | 301.75 | 26,950.78 |
| 56 | 3/1/2027 | 157.21 | 303.51 | 26,647.27 |
| 57 | 4/1/2027 | 155.44 | 305.28 | 26,341.99 |
| 58 | 5/1/2027 | 153.66 | 307.06 | 26,034.93 |
| 59 | 6/1/2027 | 151.87 | 308.85 | 25,726.08 |
| 60 | 7/1/2027 | 150.07 | 310.65 | 25,415.43 |
| 61 | 8/1/2027 | 148.26 | 312.46 | 25,102.97 |
| 62 | 9/1/2027 | 146.43 | 314.29 | 24,788.68 |
| 63 | 10/1/2027 | 144.6 | 316.12 | 24,472.56 |
| 64 | 11/1/2027 | 142.76 | 317.96 | 24,154.60 |
| 65 | 12/1/2027 | 140.9 | 319.82 | 23,834.78 |
| 66 | 1/1/2028 | 139.04 | 321.68 | 23,513.10 |
| 67 | 2/1/2028 | 137.16 | 323.56 | 23,189.54 |
| 68 | 3/1/2028 | 135.27 | 325.45 | 22,864.09 |
| 69 | 4/1/2028 | 133.37 | 327.35 | 22,536.74 |

| # | Date | | | |
|---|---|---|---|---|
| 70 | 5/1/2028 | 131.46 | 329.26 | 22,207.48 |
| 71 | 6/1/2028 | 129.54 | 331.18 | 21,876.30 |
| 72 | 7/1/2028 | 127.61 | 333.11 | 21,543.19 |
| 73 | 8/1/2028 | 125.67 | 335.05 | 21,208.14 |
| 74 | 9/1/2028 | 123.71 | 337.01 | 20,871.13 |
| 75 | 10/1/2028 | 121.75 | 338.97 | 20,532.16 |
| 76 | 11/1/2028 | 119.77 | 340.95 | 20,191.21 |
| 77 | 12/1/2028 | 117.78 | 342.94 | 19,848.27 |
| 78 | 1/1/2029 | 115.78 | 344.94 | 19,503.33 |
| 79 | 2/1/2029 | 113.77 | 346.95 | 19,156.38 |
| 80 | 3/1/2029 | 111.75 | 348.97 | 18,807.41 |
| 81 | 4/1/2029 | 109.71 | 351.01 | 18,456.40 |
| 82 | 5/1/2029 | 107.66 | 353.06 | 18,103.34 |
| 83 | 6/1/2029 | 105.6 | 355.12 | 17,748.22 |
| 84 | 7/1/2029 | 103.53 | 357.19 | 17,391.03 |
| 85 | 8/1/2029 | 101.45 | 359.27 | 17,031.76 |
| 86 | 9/1/2029 | 99.35 | 361.37 | 16,670.39 |
| 87 | 10/1/2029 | 97.24 | 363.48 | 16,306.91 |
| 88 | 11/1/2029 | 95.12 | 365.6 | 15,941.31 |
| 89 | 12/1/2029 | 92.99 | 367.73 | 15,573.58 |
| 90 | 1/1/2030 | 90.85 | 369.87 | 15,203.71 |
| 91 | 2/1/2030 | 88.69 | 372.03 | 14,831.68 |
| 92 | 3/1/2030 | 86.52 | 374.2 | 14,457.48 |
| 93 | 4/1/2030 | 84.34 | 376.38 | 14,081.10 |
| 94 | 5/1/2030 | 82.14 | 378.58 | 13,702.52 |
| 95 | 6/1/2030 | 79.93 | 380.79 | 13,321.73 |
| 96 | 7/1/2030 | 77.71 | 383.01 | 12,938.72 |
| 97 | 8/1/2030 | 75.48 | 385.24 | 12,553.48 |
| 98 | 9/1/2030 | 73.23 | 387.49 | 12,165.99 |
| 99 | 10/1/2030 | 70.97 | 389.75 | 11,776.24 |
| 100 | 11/1/2030 | 68.69 | 392.03 | 11,384.21 |
| 101 | 12/1/2030 | 66.41 | 394.31 | 10,989.90 |
| 102 | 1/1/2031 | 64.11 | 396.61 | 10,593.29 |
| 103 | 2/1/2031 | 61.79 | 398.93 | 10,194.36 |
| 104 | 3/1/2031 | 59.47 | 401.25 | 9,793.11 |
| 105 | 4/1/2031 | 57.13 | 403.59 | 9,389.52 |
| 106 | 5/1/2031 | 54.77 | 405.95 | 8,983.57 |
| 107 | 6/1/2031 | 52.4 | 408.32 | 8,575.25 |
| 108 | 7/1/2031 | 50.02 | 410.7 | 8,164.55 |
| 109 | 8/1/2031 | 47.63 | 413.09 | 7,751.46 |
| 110 | 9/1/2031 | 45.22 | 415.5 | 7,335.96 |
| 111 | 10/1/2031 | 42.79 | 417.93 | 6,918.03 |
| 112 | 11/1/2031 | 40.36 | 420.36 | 6,497.67 |
| 113 | 12/1/2031 | 37.9 | 422.82 | 6,074.85 |
| 114 | 1/1/2032 | 35.44 | 425.28 | 5,649.57 |
| 115 | 2/1/2032 | 32.96 | 427.76 | 5,221.81 |
| 116 | 3/1/2032 | 30.46 | 430.26 | 4,791.55 |

| | | | | |
|---|---|---|---|---|
| 117 | 4/1/2032 | 27.95 | 432.77 | 4,358.78 |
| 118 | 5/1/2032 | 25.43 | 435.29 | 3,923.49 |
| 119 | 6/1/2032 | 22.89 | 437.83 | 3,485.66 |
| 120 | 7/1/2032 | 20.33 | 440.39 | 3,045.27 |
| 121 | 8/1/2032 | 17.76 | 442.96 | 2,602.31 |
| 122 | 9/1/2032 | 15.18 | 445.54 | 2,156.77 |
| 123 | 10/1/2032 | 12.58 | 448.14 | 1,708.63 |
| 124 | 11/1/2032 | 9.97 | 450.75 | 1,257.88 |
| 125 | 12/1/2032 | 7.34 | 453.38 | 804.50 |
| 126 | 1/1/2033 | 4.69 | 456.03 | 348.47 |
| 127 | 2/1/2033 | 2.03 | 348.47 | 0.00 |